HERRICK, FEINSTEIN LLP
Robert L. Rattet
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
rrattet@herrick.com
*Counsel for Debtor and Debtor in Possession*

STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––– x
In re:                         :
                               :  Chapter 11
QUEEN ELIZABETH REALTY CORP.,  :
                               :  Case No. 13-12335 (SMB)
            Debtor.            :
                               :
––––––––––––––––––––––––––––– x

## DEBTOR'S EXPERT WITNESS LIST
## FOR OCTOBER 19, 2015 HEARING

This expert witness list is for the valuation hearing of the condominium interest of the Debtor.

Debtor hereby identifies the following expert witnesses who are expected to testify at the Debtor's hearing scheduled for October 19, 2015 at 10:00 a.m.:

1. Capital Appraisal Services, Inc.
   19-02 Whitestone Expressway, Suite 304
   Whitestone, New York, 11357

2. RCI Appraisal Corporation
   135-26 Roosevelt Ave
   Flushing, NY 11354

3. Appraisers and Planners, Inc.
   James Levy
   9 East 40th Street, 5th Floor
   New York, New York 10016

HF 10267648v.2

Debtor reserves the right to call any witnesses designated by any other party, to amend or supplement this witness list and call rebuttal witnesses.

Dated: New York, New York
August 25, 2015

HERRICK, FEINSTEIN LLP
*Attorneys for the Debtor and Debtor in Possession*

By: /s/ *Robert Rattet*
    Robert L. Rattet
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
rrattet@herrick.com
