UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

QUEEN ELIZABETH REALTY CORP.,

        Debtor.
------------------------------------------------------------X

**NOTICE OF**
**CHARGING LIEN**

Chapter 11
Case No. 13-12335-SMB

TO ALL PARTIES IN THE ABOVE-CAPTIONED MATTER
AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Berkman, Henoch, Peterson, Peddy & Fenchel, P.C. ("Berkman Henoch"), former chapter 11 bankruptcy attorneys for Phillip Wu, a party in interest to these proceedings, has and hereby provides notice of a charging lien, arising under N.Y. Judiciary Law §475, and pursuant to the Stipulation of Settlement annexed hereto as Exhibit A, in its favor and against any and all claims and causes of action of Phillip Wu asserted in this proceeding, and which lien attaches to any verdict, report, determination, decision, award, settlement, judgment, or final order in favor of Phillip Wu and the proceeds thereof in whatever hands they may come, on account of unpaid legal fees and expenses incurred by Berkman Henoch on behalf of Phillip Wu, until said legal fees and expenses due to Berkman Henoch have been fully paid in an amount equal to $60,000.00.

Dated: Garden City, New York
December 28, 2015

                                                **BERKMAN, HENOCH, PETERSON,**
                                                **PEDDY & FENCHEL, P.C.**
                                                Former Bankruptcy Counsel to Phillip Wu

                                                By: _/s/ Ronald Howard_____
                                                Ronald Howard, Esq.
                                                100 Garden City Plaza
                                                Garden City, New York 11530
                                                (516) 222-6200